IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DONNIE R. HAWKINS,                    )
                                      )
                Petitioner,           )
                                      )
v.                                    )        Civil Action No. 08-51-GMS
                                      )
PERRY PHELPS, Warden,                 )
and ATTORNEY GENERAL                  )
OF THE STATE OF                       )
DELAWARE,                             )
                                      )
                Respondents.          )

**O R D E R**

WHEREAS, you have filed a form petition and papers for federal habeas corpus

relief pursuant to 28 U.S.C. § 2254 and requested leave to proceed *in forma pauperis* pursuant to

28 U.S.C. § 1915; and

WHEREAS, based on the information you provided, your request to proceed *in*

*forma pauperis* is granted; and

WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996

("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or

subsequent habeas petition except in the most unusual of circumstances; and

WHEREAS, the United States Court of Appeals for the Third Circuit has

mandated that, before ruling on the merits of a your petition, you must be given notice that the

AEDPA applies to your pending petition, *see United States v. Miller*, 197 F.3d 644 (3d Cir.

1999) and *Mason v. Meyers*, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this __3rd__ day of ____March____,
2008, that, on or before _April 7, 2008_, you must file the attached election form
with the Court. Failure to timely return the completed election form will result in the Court's
ruling on your pending petition as filed.

_____
United States District Judge

FILED

MAR - 3 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONNIE R. HAWKINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-51-GMS |
| | ) | |
| PERRY PHELPS, Warden, | ) | |
| and ATTORNEY GENERAL | ) | |
| OF THE STATE OF | ) | |
| DELAWARE, | ) | |
| | ) | |
| Respondents. | ) | |

## AEDPA ELECTION FORM

1. _____   I wish the Court to rule on my § 2254
petition as currently pending. I realize
that the law does not allow me to file
successive or later petitions unless I
receive certification to do so from the
United States Court of Appeals for the
Third Circuit; therefore, this petition
will be my one opportunity to seek federal
habeas corpus relief.

2. ____ ____   I wish to amend my § 2254 petition to
include all the grounds I have. I will
do so within thirty (30) days. I realize
that the law does not allow me to file
successive or later petitions unless I
receive certification to do so from the
United States Court of Appeals for the
Third Circuit; therefore, this amended
all-inclusive petition will be my one
opportunity to seek federal habeas corpus
relief.

3. _____ _____   I wish to withdraw my § 2254 petition
without prejudice to file one all-inclusive
petition in the future; that is, one
that raises all the grounds I have for
federal habeas corpus relief. I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d). See Swartz v. Meyers,
204 F.3d 417 (3d Cir. 2000).


4. _____   I am not seeking federal habeas corpus
relief under § 2254. I am instead seeking
relief under _____ _____ _____ .


_____
                  Petitioner