IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONNIE R. HAWKINS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08-51-GMS |
| ) | |
| PERRY PHELPS, Warden, ) | |
| and ATTORNEY GENERAL ) | |
| OF THE STATE OF ) | |
| DELAWARE, ) | |
| ) | |
| Respondents. ) | |

**AEDPA ELECTION FORM**

1. __X__ I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.



FILED
MAR 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. _____ I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____  I wish to withdraw my § 2254 petition
without prejudice to file one all-inclusive
petition in the future; that is, one
that raises all the grounds I have for
federal habeas corpus relief. I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d). See Swartz v. Meyers,
204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus
relief under § 2254. I am instead seeking
relief under _____.

*Donnie R. Hawkins*
Petitioner

INMATE Donnie Hawkins
SBI# 095039  UNIT Bldg #22  B-u  SOUTH JERSEY NJ 080
DELAWARE CORRECTIONAL CENTER                05 MAR 2008 PM 5 T
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, Delaware
19801-3570

"LET US DARE TO READ,
THINK, SPEAK AND..."
John Adams, 1765
powerofletters.com

19801435570  C012