D.I. #_____

# CIVIL ACTION NUMBER: 08CV51 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 216 |
| Certified Fee | 265 |
| Return Receipt Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 696 |

08-51 GmS

Sent To: WARDEN PERRY PHELPS
Street: DELAWARE CORRECTIONAL CENTER
or PO Box: 1181 PADDOCK ROAD
City, State, ZIP+4: SMYRNA, DE 19977

PS Form 3800, August 2006      See Reverse for Instructions

7007 0710 0003 9054 6593