United States District Court
For the District of Delaware



FILED
MAR 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

Acknowledgement of Service Form
For Service By Return Receipt

Civil Action No. 08CV51-GMS

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br><br>08-51 GMS | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 3020 0002 3321 7593 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |