IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DONNIE R. HAWKINS** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 08-51-GMS |
| | ) | |
| **PERRY PHELPS,** Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE**

**CERTIFIED STATE COURT RECORDS**

1. The petitioner, Douglas Fields, has applied for federal habeas relief, alleging ineffective assistance of counsel in his state court criminal proceedings. D.I. 1. The undersigned filed an answer to the petition on May 29, 2008.

2. By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3. A request for certified records has been made to the Delaware Supreme Court. Counsel has not yet received any reply to this request. The undersigned anticipates obtaining the records no later than June 27, 2008.

4. This is respondents' FIRST request for an extension of time to file records.

     5.     Respondents submit that an extension of time to June 27, 2008 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

                                                      /s/ James T. Wakley
                                                      Deputy Attorney General
                                                      Department of Justice
                                                      820 N. French Street
                                                      Wilmington, DE 19801
                                                      (302) 577-8500
DATE: May 29, 2008                            Del. Bar. ID No. 4612

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on May 30, 2008, I will mail, by United States Postal Service, the same documents to the following nonregistered participant:

Donnie R. Hawkins
SBI # 0095039
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

            /s/ James T. Wakley
            Deputy Attorney General
            Department of Justice
            820 N. French Street
            Wilmington, DE 19801
            (302) 577-8500
            Del. Bar. ID No. 4612
            james.wakley@state.de.us

Date: May 29, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DONNIE R. HAWKINS** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 08-51-GMS |
| | ) | |
| **PERRY PHELPS,** Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This \_\_\_\_\_day of _____, 2008,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records related to this matter shall be filed on or before June 27, 2008.

_____
United States District Judge