To: The Honorable, Gregory M. Sleet  
U.S. District Court  
844 N. King Street, Lockbox 19  
Wilmington, Delaware  
      19801-3570

5-18-08

Att: 08-CV-51 GMS

You honor  
   I'm writting you to inform you and your Honorable Court that I'm no longer housed at

Delaware Correctional Center  
1181 Paddock Road  
Smyrna, Delaware  
   19977

I've been Transferred to:

Donnie R. Hawkins #095039  
DONNIE R. HAWKINS #095039  
Sussex Correctional Inst  
P.O. Box 500 Key South B-QUAD  
Georgetown, Delaware  
   19947

C.C.  
File

Date: 5-18-08



FILED  
JUN - 2 2008



IM Donnie HAWKINS
SBI# 095039 UNIT Key South B-OUAD
P.O. Box 500
Georgetown, Delaware
19947

Honorable Gregory M Sleet
US District Court
844 N King Street, LockBox 19
Wilmington, Delaware
9801-3570

1-08-CV-00051 G-M-S

STATE MAIL