IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DONNIE R. HAWKINS** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 08-51-GMS |
| | ) | |
| **PERRY PHELPS,** Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that copies of the following Delaware State Court documents have been manually filed with the Court and are available in paper form only:

a. Del. Superior Court Criminal Docket #0411002216A

b. Appellant's Opening Brief and Amended Appendix (465, 2007)

c. State's Motion to Affirm (465, 2007)

d. January 7, 2008 Order (465, 2007)

e. Appellant's Opening Brief and Appendix (257, 2005)

f. State's Answering Brief and Appendix (257, 2005)

g. Appellant's Supplemental Memorandum (257, 2005)

h. State's Supplemental Memorandum (257, 2005)

i. July 11, 2006 Order (257, 2005)

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: June 27, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on June 30, 2008, I mailed, by United States Postal Service, the same documents to the following non-registered participant:

Donnie R. Hawkins
SBI # 0095039
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612
james.wakley@state.de.us

Date:  June 27, 2008